# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 50.120.60.161,<br><br>            Defendant. | Case No.: 2:25-cv-03685-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S STATUS REPORT AND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's Status Report and application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuing the Initial Scheduling Conference currently scheduled for April 20, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including May 23, 2026 to effectuate service of a summons and Complaint on Defendant, the Initial Scheduling Conference currently scheduled for April 20, 2026 is continued to **July 13, 2026 at 1:30 p.m.**, and Plaintiff shall file a further Status Report on or before **June 29, 2026**,

1

Order on Plaintiff's Status Report and Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference

Case No. 2:25-cv-03685-WBS-CKD

**DONE AND ORDERED**.

Dated:  March 5, 2026

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order on Plaintiff's Status Report and Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference

Case No. 2:25-cv-03685-WBS-CKD